UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIMOTHY VANDENBELDT, et al.,

    Plaintiffs,

v.                                           Case No. 1:10-CV-406

PROPERTY M.D., LLC, et al.,              HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiffs Kenneth Gilliam and James Martinez on December 22, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C)

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 22, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Kenneth Gilliam and James Martinez are **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1.


Dated:  January 18, 2012                            /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE